**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ESTATE OF MICHAEL KIEFNER | : | No. 491 WAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: HOPE KIEFNER AND | : | Petition for Allowance of Appeal from |
| DIANA WIBLE | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.